JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901 -- In re First Capital Holdings Corp. Financial Products Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/07/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 thru **A**-5) -- Filed by pltf. Dorothy L. Swain -- SUGGESTED TRANSFEREE DISTRICT: **NORTHERN DISTRICT OF CALIFORNIA** -- SUGGESTED TRANSFEREE JUDGE:  ? -- w/**Exhibits A-E** and cert. of svc. (received 7/18/91) (rh) |
| 91/07/30 | | APPEARANCES  -- ANDREW D. FRIEDMAN, ESQ. for Hani Feldstein; JEFFREY A. KLAFTER, ESQ. for Arthur Drucker, et al.; DANIEL C. GIRARD, ESQ. for Dorothy L. Swain; COLLEN MCMAHON, ESQ. for Michael R. Milken; GERALD KERNER, ESQ. for Jeffrey B. Lane and Robert Druskin; RICHARD A. SCHIRTZER, ESQ. for Richard DeScherer; Peter A. Cohen; William L. Mack and Jerome H. Miller; CHARLES C. PLATT, ESQ. for Shearson Lehman Brothers, Inc.; American Express Co.; James D. Robinson, III and Howard L. Clark, Jr.; ERIC N. LANDAU, ESQ. for Robert I. Weingarten; Gerry R. Ginsberg; Phillip A. Fitzpatrick and Rita C. Villa (rh) |
| 91/07/31 | | APPEARANCES -- ROBERT S. SCHACHTER, ESQ. for Tom Smith and LAWRENCE A. SUCHAROW, ESQ. for Jay R. Peshkin, et al. (rh) |
| 91/08/08 | 2 | RESPONSE (to Pldg. #1) -- deft. Michael R. Milken -- w/cert. of service (cdm) |
| 91/08/08 | 3 | RESPONSE, MEMORANDUM (to Pldg. #1) -- defts. Peter A. Cohen, Richard K. Descherer, William L. Mack, Jerome H. Miller, Jeffrey B. Lane, and Robert Druskin -- w/cert. of service (cdm) |
| 91/08/08 | 4 | RESPONSE, MEMORANDUM (to Pldg. #1) --/defts. Robert I. Weingarten, Gerry R. Ginsberg, Philip A. Fitzpatrick and Rita C. Villa -- w/Declaration of Eric N. Landau w/Exhibits A-H, and Declaration of Joseph B. Marks w/Exhibits A-N -- w/cert. of service  (cdm) |
| 91/08/09 | 5 | CROSS-MOTION, SCHEDULE OF ACTIONS, EXHIBITS A THRU E -- for transfer of A-6 thru A-10, ALSO RESPONSE (to pldg. #1) AND BRIEF IN SUPPORT OF CROSS-MOTION AND RESPONSE -- w/cert. of svc. -- filed by defts. Shearson Lehman Brothers, Inc., American Express Co., Inc., James D. Robinson, III and Howard L. Clark -- SUGGESTED TRANSFEREE DISTRICT: **S**.D. California -- SUGGESTED TRANSFEREE JUDGE: Hon. Robert M. Takasugi -- Notified involved counsel (ds) |

JPML FORM 1A                                                      p. _2_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901 -- In re First Capital Investment Product Litigation

| Date | Pef. | Pleading Description |
|---|---|---|
| 91/08/15 |  | HEARING ORDER -- setting motion of pltf. Dorothy L. Swain for transfer of certain actions and cross-motion of defts. Shearson Lehman Brothers, Inc., American Express Co., Inc., James D. Robinson, III and Howard L. Clark, Jr. for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/15 | 6 | REPLY -- (to pldg. #5) Filed by pltf. Dorothy L. Swain -- w/cert. of svc. (sg) |
| 91/08/20 | 7 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- Robert Wise v. Robert L. Weingarten, et al., C.D. California, C.A. No. 91-2701-JGD (Judge Davies) -- filed by plft. Dorothy L. Swain -- w/cert. of svc. (sg) |
| 91/08/23 | 8 | RESPONSE (to Pldg. #1)(joining Pldg. #5) -- defts. Harvey Golub and Aldo Papone -- w/cert. of service (cdm) |
| 91/08/29 | 9 | AFFIDAVIT OF RALPH L. ELLIS -- (to pldg. #1) Filed by plfts. Chris Larkin -- w/cert. of svc. (sg) |
| 91/08/29 | 10 | RESPONSE -- (to pldg. #5) Filed by deft. KPMG Peat Marwick -- w/cert of svc. (sg) |
| 91/08/29 | 11 | RESPONSE -- (to pldg. #5) Filed by deft. William Steiner -- w/cert. of svc. (sg) |
| 91/08/29 | 12 | SUPPLEMENTAL REPLY -- (to pldg. #5) Filed by pltf. Dorothy L. Swain -- w/cert. of svc. (sg) |
| 91/08/29 | 13 | REPLY -- (to pldg. #5) Filed by plfts. Hani Feldstein, Jay P. Peshkin, et al., Tom Smith, DDS, Arthur Drucker, et al. -- w/cert of svc. (sg) |
| 91/08/29 | 14 | RESPONSE -- (to pldg. #5) Filed by defts. Jeffrey B. Lane, Robert Druskin, Peter A. Cohen, Richard K. Descherer, William L. Mack, Jerome H. Miller -- w/cert. of svc. (sg) |
| 91/08/29 | 15 | RESPONSE -- (to pldg. #5) Filed by plft. Sidney Morse -- w/cert. of svc. (sg) |
| 91/08/30 | 16 | RESPONSE -- (to pldg. #5) Filed by pltf. Manfred Benndorf -- w/cert. of svc. (sg) |

P.3

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/03 | 17 | RESPONSE -- (to pldg. #1) Filed by plaintiffs Peter N. Zachary -- w/cert. of svc.  (sg) |
| 91/09/03 | 18 | REPLY -- (to pldg. #5) Filed by defts. Shearson Lehman Brothers Inc., American Express Company, Inc., James D. Robinson, III, and Howard L. Clark, Jr. -- w/cert. of svc. (sg) |
| 91/09/05 | 19 | JOINDER IN PLDG. #5 -- filed by defts. Gerry R. Ginsberg, Philip A. Fitzpatrick, Rita C. Villa and Robert I. weingarten w/cert. of svc. (ds) |
| 91/09/09 | 20 | NOTICE OF RELATED ACTIONS -- filed by defts. Shearson Lehman Brothers,Inc., American Express Co., Inc., James D. Robinson, III, and Howard L. Clark, Jr. w/exhibits A and B and cert. of svc. -- (Marilyn Kramer, et al. v. Shearson Lehman Brothers, N.D. Illinois, C.A. No. 91-C-4914 (J. Aspen) and Robert E. Kruthoffer, Jr. v. American Express Co., et al.,E.D. Kentucky, C.A. No. LEX 91-378) (ds) |
| 91/09/13 | 21 | CROSS-MOTION, SCHEDULE OF ACTIONS, CERT. OF SVC. -- for transfer of A-11 to the S.D. Cal.; ALSO RESPONSE (to pldg. #1) -- filed by pltf. Robert Solla (Robert Solla v. Robert I. Weingarten, et al., S.D. Cal., C.A. No. 91-1293 (BTM)) |
| 91/09/18 | 22 | JOINDER/MEMORANDUM IN CROSS-MOTION (pldg. # 21) -- filed by defts. Fred A. Buck, Julia s. Kelly, Andrew G. Loeb and Edward R., MeKeel w/cert. of svc. (ds) |
| 91/09/19 | 23 | LETTER -- (re:  Panel hearing on 9/27/91 and pldg. #21) -- filed by defts. Fred A. Buck,. Julia S. Kelly, Andrew G. Loeb and Edward R. Mekeel w/cert. of svc. (ds) |
| 91/09/23 | 24 | SUPPLEMENTAL REPLY BRIEF (Re:  pldg. #1) -- filed by pltfs. Swain, Feldstein, Peshkin, Drucker, Smith and Pallas w/cert. of svc. (ds) |

G 4

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/09/27 | | HEARING APPEARANCES -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) DANIEL C. GIRARD, ESQ. for Dorthy L. Swain; STUART D. WECHSLER, ESQ. OR ANDREW D. FRIEDMAN, ESQ. for Hani Feldstein and Sidney Morse; ROBERT S. SCHACHTER, ESQ. for Jay R. Peshkin, et al. and Tom Smith; COLLEEN MCMAHON, ESQ. for Michael R. Milken; JOHN COTTON, ESQ. for American Express Co.; Howard L. Clark, Jr.; James D. Robinson, III and Shearson Lehman Brothers, Inc.; RICHARD MANCINO, ESQ. for Peter Cohen; Jerome H. Miller; William L. Mack; Jeffrey B. Lane; Richard K. DeScherer and Robert K. Druskin; ERIC N. LANDAU, ESQ. for Robert I. Weingarten; Gerry R. Ginsberg; Rita C. Villa and Phillip A. Fitzpatrick; ROBERT S. GREEN, ESQ. for Peter N. Zachary; RALPH L. ELLIS, ESQ. OR STEPHEN T. RODD, ESQ. for Chris Larkin, et al.; LAWRENCE A. SUCHAROW, ESQ. for William Steiner; ROBERT B. MATUSOFF, ESQ. for Manfred Benndorf and MICHAEL SHERMAN, ESQ. for Robert Solla; Fred A. Buck; Julia S. Kelly; Andrew G. Loeb and Edward R. Mekeel (rh) |
| 91/09/27 | | WAIVERS OF ORAL ARGUMENT -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) Harvey Golub; Aldo Papone; Arthur Drucker; James Robinson, III; Aldo Papone and KPMG Peat Marwick (rh) |
| 91/10/03 | 25 | RESPONSE/DECLARATION OF PHILIP A. FITZPATRICK -- (to pldg. #21) Robert I. Weingarten; Gerry R. Ginsberg; Philip A. Fitzpatrick; Rita C. Villa; Kevin J. Perry; Leonard Gubar and Pam Weingarten -- w/cert. of svc. (rh) |
| 91/10/03 | 26 | RESPONSE -- (to pldg. #21) Shearson Lehman Brothers Inc.; American Express Co., Inc.; James D. Robinson, III and Howard L. Clark, Jr. -- w/cert. of svc. (rh) |
| 91/10/21 | 27 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- (Charlotte A. Healy v. American Express Co., et al., D. Minn., C.A. No. 4-91-640) -- filed by Shearson Lehman Brothers, Inc., American Express Co., Inc., James D. Robinson, III and Howard L. Clark, Jr. w/exhibit A (complaint) and cert. of svc. (ds) |
| 91/10/23 | 28 | NOTICE OF POTENTIAL TAG-ALONG ACTION -- (Tina Pallas v. Shearson Lehman Brothers, Inc., C.D. Cal., C.A. No. 91-5090-RMT) -- filed by pltf. Dorothy L. Swain w/cert. of svc. (ds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901 -- _____

| Date | Pl. | Pleading Description |
|------|-----|----------------------|
| 91/10/25 | 29 | LETTER -- (additional information) signed by Michael R. McCabe (received 10/22/91) (rh) |
| 91/11/06 | 30 | NOTICE OF RELATED ACTION -- Defts. Shearson Lehman Brothers Inc., American Express Company, James D. Robinson, III, Howard L. Clark, Jr. Gilman, et al. v. Shearson Lehman Brothers, et al. pending in S.D. California, C.A. No. 910867K(P) w/Cert. of Svc. (kac) |
| 91/11/14 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Central District of California to the Hon. John G. Davies for pretrial proceedings (rh) |
| 91/11/14 | | TRANSFER ORDER -- Transferring A-1 thru A-5 and A-8 thru A-10 to the Central District of California pursuant to 28 U.S.C. §1407 (A-11 will be treated as potential tag-along action) -- Notified involved judges, clerks, counsel, panel judges and misc. recipients (rh) |
| 91/11/19 | 31 | INTERESTED PARTY RESPONSE -- Filed by plft. Charlotte A. Healy -- w/cert. of svc. (sg) |
| 91/12/04 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (A-11) Robert Solla v. Robert I. Weingarten, et al., S.D. California, C.A. No. 91-1203S(BTM); B-12 Marilyn Kramer, et al. v. Shearson Lehman Brothers, Inc., N.D. Illinois, C.A. No. 91-CV-4914; (B-13) Charlotte A. Healy v. American Express Co., et al., D. Minnesota, C.A. No. 91-Cv-640; (B-14 James K. Gilman, et al. v. Shearson Lehman Brothers, et al., S.D. California, C.A. No. 91-0867K(P) and (B-15) Robert E. Kruthoffer, Jr. v. American Express, et al., E.D. Kentucky, C.A. No. 91-378 -- Notified involved counsel and judges (rh) |
| 91/12/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (A-11) Robert Solla v. Robert I. Weingarten, et al., S.D. California, C.A. No. 91-1203S(BTM); (B-12) Marilyn Kramer, et al. v. Shearson Lehman Brothers, Inc., N.D. Illinois, C.A. No. 91-CV-4914; (B-13) Charlotte A. Healy v. American Express Co., et al., D. Minnesota, C.A. No. 91-Cv-640; (B-14) James K. Gilman, et al. v. Shearson Lehman Brothers, et al., S.D. California, C.A. No. 91-0867K(P) and B-15) Robert E. Kruthoffer, Jr. v. American Express, et al., E.D. Kentucky, C.A. No. 91-378 -- Notified involved clerks and judges (kac) |



JTML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **901** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/01/21 | 32 | NOTICE OF PENDENCY OF TAG-ALONG ACTION -- filed by Shearson Lehman Brothers, Inc., American Express Co., Shearson Lehman Brothers Holdings, James D. Robinson, III and Howard L. Clark,Jr. (K. Booth v. E.F. Hutton Life Insurance Co., N.D. Alabama, C.A. No. 91-L-2755-S) (ds) |
| 92/01/24 | | AMENDED CERT. OF SVC. TO PLDG. #32 -- filed by Shearson Lehman Brothers, Inc., American Express Co., Shearson Lehman Brothers Holdings, James D. Robinson, III and Howard L. Clark, Jr. -- (attached to pldg. #32) (ds) |
| 92/02/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-18) Richard B. Booth, et al. v. E.F. Hutton Life Insurance Co., et al., N.D. Alabama, C.A. No. 91-CV-2755 -- Notified involved judges and counsel (ds) |
| 92/03/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-18) Richard B. Booth, et al. v. E.F. Hutton Life Insurance Co., et al., N.D. Alabama, #91-CV-2755 -- Notified involved judges and clerks (rh) |
| 92/04/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-19) European American Reinsurance Co., et al. v. Shearson Lehman Brothers, Inc., et al., D. Delaware, C.A. No. 92-100 -- Notified involved counsel and judges (kac) |
| 92/04/17 | 33 | NOTICE OF OPPOSITION TO CTO -- filed by pltfs. European American Reinsurance Co. and William R. Ponsoldt (European American Reinsurance Co., et al. v. Shearson Lehman Brothers, Inc., et al., D. Del., C.A. No. 92-100) -- Notified involved counsel and judges. |
| 92/05/04 | 34 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER --  filed by plfts. European American Reinsurance Company and William R. Ponsoldt in ((B-19) Eurpoean American Reinsurance Co., et al. v. Shearson Lehman Brothers, Inc., et al., D. Delaware, C.A. No. 92-100) w/cert. of svc. (kac) |
| 92/05/21 | 35 | RESPONSE -- (to pldg. #34) filed by defts. Shearson Lehman Brothers Inc., Shearson Lehman Brothers Holdings Inc. and American Express Company -- w/cert. of svc.  (kac) |

JPML FORM 1A

DOCKET ENTRIES

*p. 7*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **901** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/06/19 | | HEARING ORDER -- Setting opposition of pltfs. (B-19) **European American Reinsurance Co., et al.** to transfer for Panel Hearing on July 31, 1992 in Richmond, Virginia -- Notified involved counsel, judges and clerks (bas) |
| 92/07/30 | 36 | WITHDRAWAL OF MOTION TO VACATE (Pleading No. 34) -- plaintiffs European American Reinsurance Co. and William R. Ponsoldt w/cert of svc. (rew) |
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- All parties waived (kac) |
| 92/08/06 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-19 European American Reinsurance Co., et al. v. Shearson Lehman Brother, Inc., et al., D. Delaware, #92-100 **(action transferred to C.D. California)** -- Notified involved counsel; judges and clerks (rh) |
| 92/12/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- **(B-20)** Steven T. Foster, etc. v. Robert Weingarten, et al., E.D. Virginia, 3:92-CV-808 - Notified involved counsel & judges (lg) |
| 93/01/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(B-20)** Steven T. Foster, etc. v. Robert Weingarten, et al., E.D. Virginia, C.A. No. 3:92-CV-808 -- Notified involved clerks and judges (bas) |
| 96/12/11 | | CONDITIONAL REMAND ORDER FILED TODAY -- (B-20) Steven T. Foster, etc. v. Robert Weingarten, et al., C.D. California, C.A. No. 2:93-1620 (E.D. Virginia, C.A. No. 3:92-808) - Notified involved counsel & judges (pas) |
| 96/12/11 | 37 | SUGGESTION OF REMAND -- (B-20) Signed by Judge John G. Davies in C.D. California (dated 11/26/96) - Steven T. Foster, etc. v. Robert Weingarten, et a., C.D. California, C.A. No. 2:93-1620 (E.D. Virginia, C.A. No. 3:92-808) (pas) |
| 96/12/11 | 38 | CONDITIONAL REMAND ORDER FILED TODAY -- (B-20) Steven T. Foster etc. v. Robert Weingarten, et al., C.D. California, C.A. No. 2:93-1620 (E.D. Virginia, C.A. No. 3:92-808) - Notified involved counsel & judges (pas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 96/12/16 | 39 | SUGGESTION OF REMAND -- (B-19)  Signed by Judge John G. Davies in C.D. California (dated 10/29/96) - European American Reinsurance Co., et al. v. Shearson Lehman Brothers, et al., C.D. California, C.A. No.2:92-4856 (D. Delaware, C.A. No. 1:92-100) (pas) |
| 96/12/16 | 40 | CONDITIONAL REMAND ORDER FILED TODAY -- (B-19) European American Reinsurance Co., et al. v. Shearson Lehman Brothers, et al., C.D. California, C.A. No. 2:92-4856 (D. Delaware, C.A. No. 1:92-100) - Notified involved counsel & judges (pas) |
| 96/12/27 | 41 | CONDITIONAL REMAND ORDER FINAL TODAY -- (re: pldg. 38) Steven T. Foster, etc. v. Robert Weingarten, et al., C.D. California, C.A. No. 2:93-1620 (E.D. Virginia, C.A. No. 3:92-808) - Notified involved judges & clerks (bb) |
| 97/01/02 | 42 | CONDITIONAL REMAND ORDER FINAL TODAY -- (re: pldg. 40) European American Reinsurance Co., et al. v. Shearson Lehman Brothers, et al., C.D. California, C.A. No. 2:92-4856 (D. Delaware, C.A. No. 1:92-100) Notified involved judges & clerks (bb) |

JPML Form 1

Revised: 8/78

DOCKET NO. _901_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FIRST CAPITAL HOLDINGS CORP. FINANCIAL PRODUCTS SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates September 27, 1991 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/14/91 | TO | Unpublished | C.D. California | Hon. John G. Davies | |

*Mr. James Holmes*
*213-894-5208*

**Special Transferee Information**

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 901  -- In re First Capital Holdings Corp. Financial Products Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hani Feldstein v. American Express Co., et al. | N.Y.,S. Conboy | 91-CIV-3846 | 11-14-91 | 91-6346 | 7/22/93 | |
| A-2 | Jay P. Peshkin, et al. v. Shearson Lehman Brothers, Inc., et al. | N.Y.,S. Conboy | 91-CIV-4129 | 11-14-91 | 91-6347 | | |
| A-3 | Arthur Drucker, et al. v. Shearson Lehman Brothers, Inc., et al. | N.Y.,S. Conboy | 91-CIV-4275 | 11-14-91 | 91-6348 | 7/22/ | |
| A-4 | Tom Smith, DDS v. Shearson Lehman Brothers, Inc., et al. | N.Y.,S. Conboy | 91-CIV-4428 | 11-14-91 | 91-6349 | 7/22/93 | |
| A-5 | Dorothy L. Swain, etc. v. Shearson Lehman Brothers, Inc., et al. | Cal.,N. ~~Schnacke~~ Lynch | C-91-1709-~~RHS~~ EFL | 11-14-91 | 91-6344 | 7/22/9 | |
| A-6 | Chris Larkin, et al. v. First Capital Holdings Corp., et al. | Cal.,C. Takasugi | 91-1583 RMT (GHK) | | | | Cross-Motion filed 8/9/91 adding A-6 thru A-10 |
| A-7 | Peter N. Zachary v. American Express Co., et al. | Cal.,C. Takasugi | CV-91-2733 RMT(SX) | | | | |
| A-8 | Sydney Morse v. Robert Weingarten, et al. | N.Y.,S. Lasker | 91-Civ-3893 MEL | 11-4-91 | 91-6350 | 7/20/93 | |
| A-9 | William Steiner v. American Express Co., et al. | N.Y.,E. Dearie | 91-Civ-1768 | 11-14-91 | 91-6345 | 7/16/96 | |
| A-10 | Manfred Benndorf v. American Express Co., et al. | Ohio,S. Rubin | C-1-91-443 | 11-14-91 | 91-6351 | 11/18/ | |

DOCKET NO. 901 -- In re First Capital Holdings Corp. Financial Products Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Robert Solla v. Robert I. Weingarten, et al. 12-4-91 | Cal., S. Brewster Schwartz | 91-Civ-1203 B(BTM) | 12/20/91 | 92-223 | V 1/20/93 | |
| B-12 | Marilyn Kramer, et al. v. Shearson Lehman Brothers, Inc. 12-4-91 | Ill., N. Aspen | 91-CV-4914 | 12/20/91 | 92-224 | V 1/29/93 | |
| B-13 | Charlotte A. Healy v. American Express Co., et al. 12-4-91 | Minn. Doty | 91-CV640 | 12/20/91 | 92-225 | V 92- | |
| B-14 | James K. Gilman, et al. v. Shearson Lehman Brothers, et al. 12-4-91 | Ca., S. Keep | 91-0867K (P) | 12/20/91 | 92-226 | V | |
| B-15 | Robert E. Kruthoffer, Jr. v. American Express, et al. 12-4-91 | Ky., E. Forester | 91-378 | 12/20/91 | 92-227 | | |
| XYZ-16 | James W. Palmiter v. Shearson Lehman Hutton, Inc. | Cal., C. Davies | 91-5090 | } same case | | 7/22/93 D | |
| XYZ-17 | Tina Pallas, et al. v. Shearson Lehman Brothers, Inc., et al. | Cal., C. | C91-5090-R | | | | |
| B-18 | Richard B. Booth, et al. v. E.F. Hutton Life Insurance Co., et al. 2/25/92 | Ala., N. Lynne | 91-CV-2755 | 3/12/92 | 92-2171 | | |
| B-19 | European American Reinsurance Co., et al. v. Shearson Lehman Brothers, Inc., et al. 4/1/92 Opposed 4/17/92 | Delaware Longobardi | 92-100 | 8-6-92 | 92-9856 | 1/2/97 R | |
| | July 1992 15 Tr / 3 XYZ / 18 Pending Sept 9 1 Tr / 18 pending | | | | | | |
| B-20 | Steven T. Foster, etc. v. Robert Weingarten, et al. 12/22/92 | Va., E. Merhige | 3:92-cv-808 | 1-7-93 | 93-1620 | 12-27-96 R | |
| | September 1993 1 tr. / 10 dis / 9 pend. September 1994 1 Dismiss / 8 pend. September 1995 see over | | | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-21 | Charles Beall, et al. v. American Express Co., et al. | Cal.,C. Davies | 2:93-7066 | | | | |

*September 1995   1 XYZ / 7 pending*
*September 1996   1 dis / 8 pending*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>901</u> -- <u>In re First Capital Holdings Corp. Financial Securities
        Litigation</u>

===============================================================================

HANI FELDSTEIN (A-1)
Andrew D. Friedman, Esq.
Wechsler Skirnick Harwood
  Halebian & Feffer
555 Madison Ave.
New York, NY  10022

JAY P. PESHKIN, ET AL. (A-2)
Lawrence A. Sucharow, Esq.
Goodkind, Labaton & Rudoff
122 East 42nd St.
New York, NY  10168

TOM SMITH, DDS (A-4)
Robert S. Schachter, Esq.
Zwerling, Schachter & Zwerling
800 Thrid Ave.
New York, NY  10022

ARTHUR DRUCKER, ET AL. (A-3)
Jeffrey A. Klafter, Esq.
Bernstein Litowitz Berger
  & Grossman
1285 Ave. of the Americas
New York, NY  10019

DOROTHY L. SWAIN, ETC. (A-5)
Daniel C. Girard, Esq.
Lieff, Cabraser & Heimann
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA  94111

JEFFREY B. LANE
ROBERT DRUSKIN
PETER A. COHEN
RICHARD K. DESCHERER
WILLIAM L. MACK
JEROME H. MILLER
Gerald Kerner, Esq.
Willkie, Farr & Gallagher
One Citicorp Corp.
New York, NY  10022-4669

MICHAEL R. MILKEN
Colleen McMahon, Esq.
Paul, Weiss, Rifkind, Wharton &
  Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

AMERICAN EXPRESS CO.
HOWARD L. CLARK, JR.
JAMES D. ROBINSON, III
SHEARSON LEHMAN BROTHERS, INC.
John W. Cotton, Esq.
LeBoeuf, Lamb, Leiby & MacRae
725 South Figueroa St., 36th Floor
Los Angeles, CA  90017-5436

KEVIN PERRY
LEONARD GUBAR
PAM WEINGARTEN
GERRY R. GINSBERG
PHILIP A. FITZPATRICK
RITA C. VILLA
ROBERT I. WEINGARTEN
Eric N. Landau, Esq.
Christensen, White, Miller,
  Fink & Jacobs
2121 Avenue of the Stars
18th Floor
Los Angeles, CA  90067

CHRIS LARKIN (A-6)
Andrew Goodman, Esq.
Greenberg & Bass
16530 Ventura Blvd.
Encino, CA  91436

PETER N. ZACHARY (A-7)
David B. Gold, Esq.
595 Market Street
Suite 2300
San Francisco, CA  94505

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. <u>901</u> -- <u>In re First Capital Holdings Corp. Financial Products</u>
<u>Securities Litigation</u>

===============================================================================

<u>SIDNEY MORSE (A-8)</u>
Stuart D. Wechsler, Esq.
Wechsler, Skirnick, Harwood,
  Halebians & feffer
**(Same as A-1)**

<u>WILLIAM STEINER (A-9)</u>
Lawrence A. Sucharow, Esq.
Goodkind, Labaton & Rudoff
**(Same as A-2)**

<u>MANFRED BENNDORF (A-10)</u>
Robert B. Matusoff, Esq.
Gene Meshs & Associates
2605 Burnet Avenue
P.O. Box 29073
Cincinnati, Ohio  45229

<u>KPMG PEAT MARWICK</u>
Cheryl Justice, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA  90071

HARVEY GOLUB
<u>ALDO PAPONE</u>
Stuart L. Shapiro, Esq.
Skadden, Arps, Slate,
  Meagher & Flom
919 Third Avenue - 43rd Fl.
New York, NY  10022

<u>FIRST CAPITAL HOLDINGS CORP.</u>
Stuart L. Kadison, Esq.
Sidley & Austin
2049 Century Park East
Suite 3500
Los Angeles, CA  90067

<u>FIRST CAPITAL LIFE INSURANCE CO.</u>
Norman Hile, Esq.
Orrick, Herrington & Sutcliffle
555 Capitol Mall - Suite 1200
Sacramento, CA  95814

<u>FIDELITY BANKERS LIFE INSURANCE CO.</u>
Bruce Bennett, Esq.
Stutman, Treister & Glatt
6699 Wilshire Boulevard - Suite 900
Los Angeles, CA  90010

<u>LOWELL MILKEN</u>
Frederick Brookwell, Esq.
Buchalter, NemerFields & Younger
601 S. Figueroa St., 25th Floor
Los Angeles, CA  90017

EDEN FINANCIAL GROUP, INC.
  d/b/a Eden Insurance Group
<u>HALL & COMPANY</u>
Laurie J. Scalone, Esq.
Mark J. Spalding, Esq.
Shannahan, Smith, Scalone &
     Stipanov, P.C.
7855 Ivanhoe Ave., Suite 420
La Jolla, CA  92037

<u>JAMES R. McDONOUGH</u>
David Gee, Esq.
Pillsbury, Madison, Sutro, Lillick
  & McHose
101 West Broadway, 18th Floor
San Diego, Ca  92101

FRED A. BUCK
JULIA S. KELLY
ANDREW G. LOEB
<u>EDWARD R. MEKEEL, JR.</u>
Richard Spirra, Esq.
Luce, Forward, Hamilton & Scripps
110 West Ash St., Suite 1700
San Diego, CA  92101

<u>ROY JOHNSON</u>
Valerie Watnick, Esq.
Stillman, Friedman & Shaw, P.C.
425 Park Avenue
New York, NY  10022

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.3

DOCKET NO. <u>901</u> -- <u>In re First Capital Holdings Corp. Financial Products Securities Litigation</u>

===============================================================================

<u>A.M. BEST & CO.</u>
A.M. Best & Co.
Oldwick, NJ  08858

<u>ROBERT SOLLA (A-11)</u>
William S. Lerach, Esq.
Milberg, Weiss, Bershad,
      Specthrie & Lerach
225 Broadway, Suite 2000
San Diego, Ca  92101

<u>THEODORE ROSEN (Deft. A-11)</u>
  (Unable to determine counsel or
     address)

<u>MARILYN KRAMER, ET AL. (B-12)</u>
Jerome K. Torshen, Esq.
Torshen, Schoenfield & Spreyer
105 West Adams St., Suite 3200
Chicago, IL  60603

<u>CHARLOTTE A. HEALY (B-13)</u>
Neil P. Convery, Esq.
~~300 Gibley Memorial Hwy.~~ First Nat'l Bank Bld.
~~106 Riverwood Place~~ 332 Minnesta St.
~~Mendota Heights, MN  55118~~ St. Paul, MN
                              55101-1317

<u>DENNIS B.G. ROWLAND (Deft. B-13)</u>
J.D. Jackson, Esq.
Dorsey & Whitney
2200 1st. BK Place East
120 South 6th Street
Mapls, MN  55402

<u>JAMES K. GILMAN, ET AL. (B-14)</u>
Michael J. Aguirre, Esq.
Aguirre & Meyer
1060 8th Ave., Suite 300
San Diego, CA  92101

<u>ROBERT E. KRUTHOFFER, JR. (B-15)</u>
 **Same as A-10**

<u>RICHARD B. BOOTH, ET AL. (B-18)</u>
Stephen D. Heninger, Esq.
Heninger, Burge & Vargo
Financial Center, Suite 1500
505 North 20th Street
Birmingham, AL  35203

<u>E.F. HUTTON LIFE INSURANCE</u>
Walker P. Badham III, Esq.
Steven Troy Marshall, Esq.
Maynard, Cooper, Frierson
    & Gale
AmSouth Harbert Plaza
Suite 2400
1901 6th Avenue North
Birmingham, AL  35203-2602

<u>EUROPEAN AMERICAN REINSURANCE CO.,</u>
<u>ET AL. (B-19)</u>
John M. Bader, Esq.
Mellon Bank Center
919 Market Street, Suite 1704
P.O. Box 955
Wilmington, DE  19801

James F. Koehler, Esq.
Gallagher, Sharp, Fulton & Norman
1501 Euclid Ave., 6th Floor
Cleveland, OH  44115

SALOMON, INC.
SALOMON BROTHERS, INC.
     Defts. B-19)
  (Unable to determine counsel or
     address)

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.4

DOCKET NO. <u>901</u> -- <u>In re First Capital Holdings Corp. Financial Products</u>
<u>Securities Litigation</u>

=============================================================================

CHARLES P. WILLIAMS
EDWARD L. KURTZ
EDWARD D. SIMON
HEINZ A. BRIEGEL
FLOYD T. JOYNER, JR.
<u>T. CHANDLER MARTIN, JR.</u>
R. Harvey Chappell, Jr., Esq.
Craig T. Merritt, Esq.
Christian, Barton, Epps,
Brent & Chappell
1200 Mutual Building
909 E. Main Street
Richmond, VA  23219-3095

<u>STEVEN T. FOSTER (B-20)</u>
Howard W. Dobbins, Esq.
Williams, Muller, Christian
      & Dobbins
1021 East Cary Street
Two James Center
P.O. Box 1320
Richmond, VA  23210-1320

Randolph N. Wisener, Esq.
Rubinstein & Perry
1011 Boulder Springs Drive
Richmond, VA  23225  corr. left

Jeffrey L. Wood, Esq.
Rubinstein & Perry
2000 Lincoln Plaza
500 North Akard Street
Dallas, TX  75201

ROBERT WEINGARTEN
GERRY R. GINSBERG
<u>LEONARD GUBAR (Defts. B-20)</u>
W. David Paxton, Esq.
Gentry Locke Rakes & Moore
~~10 Franklin Road, S.E.~~
~~P.O. Box 1018~~  P. O. Box 40013
Roanoke, VA  240~~38~~ - 0013

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __901__ --   In re First Capital Holdings Corp. Financial Products Securities
Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Express Co. | A-1, A-5, A-7, A-8, A-9, A-10, ~~A-2~~, ~~A-5~~, A-11, B-13, B-15, B-18, B-19 |
| Shearson Lehman Brothers, Inc. (f/k/a Sherason Lehman Hutton, Inc.) | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, ~~B-2~~~~B-3~~ A-11, B-12, B-13, B-14, B-15, B-18, B-19, B-20 |
| Michael R. Milken | A-1, A-8, A-11 |
| Peter A. Cohen | A-2, A-3, A-4, A-5, A-6, A-7, A-11, B-14 |
| Jerome H. Miller | A-2, A-3, A-4, A-5, A-6, A-7, A-11, B-14 |
| Richard K. Descherer | A-2, A-3, A-4, A-5, A-6, A-7, A-11, B-14 |
| William L. Mack | A-2, A-3, A-4, A-5, A-6, A-7, A-11, B-14 |
| Jeffrey B. Lane | A-2, A-3, A-4, A-6, A-7 |
| Robert Druskin | A-2, A-3, A-4, A-6, A-7 |
| Robert I. Weingarten | A-5, A-6, A-7, A-8, ~~A-9~~ A11, B-14, B-20 |
| Gerry R. Ginsberg | A-5, A-6, A-7, A-11, B-14, B-20 |

p. ___2___

| | |
|---|---|
| James D. Robinson, III | A-5, A-9, B-14 |
| Howard L. Clark, Jr. | A-5, A-9, B-14 |
| Phillip A. Fitzpatrick | A-5, A-6, A-7, A-11, B-14 |
| Rita C. Villa | A-5, A-11, B-14 |
| First Capital Holdings Corp. | A-6 |
| Fidelity Bankers Life Insurance Co. | A-6 |
| First Capital Life Insurance Co. | A-6 |
| Harvey Golub | A-9 |
| Aldo Papone | A-9 |
| KPMG Peat Marwick | A-10, B-15 |
| Kevin J. Perry | A-11 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901. -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fred A. Buck | A-11 |
| Julia S. Kelly | A-11 |
| Andrew G. Loeb | A-11 |
| James R. McDonough | A-11 |
| Edward R. McKeel, Jr. | A-11 |
| Edward D. Simon | A-11 |
| Theodore Rosen ~ | A-11 |
| Leonard Gubas | A-11, B 20 |
| Charles P. Williams | A-11 |
| Heinz A. Briegel | A-11 |
| Floyd T. Joyner, Jr. | A-11 |

p. _4_

| | |
|---|---|
| Edward T. Kurtz | A-11 |
| T. Chandler Martin, Jr. | A-11 |
| Dennis B. G. Rowland<br>Edward h. Kurtz | B-12 |
| Shearson Lehman Brothers Holding, Inc. | A-11, B-15, B-19 |
| Lowell Milken | A-11 |
| Roy Johnson | |
| Palomba Weingarten | |
| Eden Financial Group Inc. d/b/a | |
| A. M. Best Co | |
| Eden Financial Group, Inc. d/b/a Eden Insur. Group Hall & Co. | |
| Hall & Co. | |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 901 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| E.F. Hutton Life Insurance Co. | B-18 |
| Salomon, Inc. | B-19 |
| Salomon Brothers, Inc. | B-19 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |